# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**
March 25, 2022

Lyle W. Cayce
Clerk

No. 21-30522
Summary Calendar

John Harrison,

*Plaintiff—Appellant*,

*versus*

Louisiana Department of Corrections; James M. LeBlanc, *Secretary*, *Department of Public Safety and Corrections*,

*Defendants—Appellees*.

Appeal from the United States District Court
for the Middle District of Louisiana
USDC No. 3:21-CV-273

Before Barksdale, Costa, and Engelhardt, *Circuit Judges*.

Per Curiam:*

John Harrison, Louisiana prisoner # 124940 and proceeding *pro se*, appeals the dismissal without prejudice of his action seeking relief under 42

---

* Pursuant to 5th Circuit Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Circuit Rule 47.5.4.

No. 21-30522

U.S.C. § 1983.  The dismissal was based on Harrison's failure to follow the court's order to, *inter alia*, correct deficiencies in his complaint.

Harrison's brief on appeal, however, addresses only the merits of his claim, rather than the court's reason for dismissing his action.  Accordingly, he has abandoned any challenge to the court's judgment.  *E.g.*, *Brinkmann v. Dallas Cnty. Deputy Sheriff Abner*, 813 F.2d 744, 748 (5th Cir. 1987) (noting our court "will not raise and discuss legal issues that [appellant] has failed to assert").

AFFIRMED.